## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| LIBAN M. M., | Civil No. 18-1732 (JRT/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| SECRETARY OF DEPARTMENT OF HOMELAND SECURITY, ET AL., | |
| Respondents. | |

Liban M. M. A212173990, 830 South Aldrich Street, Apt #8, Aberdeen, SD 57104, *pro se* petitioner.

Friedrich Siekert, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated April 11, 2019 (Docket No. 22), along with all the files and records, and no objections to said Recommendation having been filed,

**IT IS HEREBY ORDERED** that:

1. Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Docket No. 1) is **DENIED AS MOOT.**

2. This action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 31, 2019
at Minneapolis, Minnesota

                                                                                     s/John R. Tunheim
                                                                                     JOHN R. TUNHEIM
                                                                                     Chief Judge
                                                                                     United States District Court